

**OFFICE OF THE FEDERAL DEFENDER**
Eastern District of California
801 I Street, 3rd Floor
Sacramento, California  95814-2510
(916) 498.5700    FAX (916) 498.5710

HEATHER E. WILLIAMS
Federal Defender

BENJAMIN D. GALLOWAY
Chief Assistant Defender

## FREEDOM OF INFORMATION ACT

January 14, 2019

U. S. Department of State
Office of Information Programs and Services
A/GIS/IPS/RL
SA-2, Suite 8100
Washington, D. C. 20522-0208

      Re:    United States v. Omar Ameen
               Case No. 18-MJ-00152-EFB

Dear Sir or Madam:

    Our office represents Omar Ameen in a pending federal extradition case in the Eastern District of California.  Mr. Ameen is charged in the Republic of Iraq with murder committed in June 2014.  Mr. Ameen has been a resident refugee in the United States of America since November 2014. He lived in the Republic of Turkey from early 2012 until November 2014.  We are requesting any and all records in the possession of the U.S. Department of State regarding Mr. Ameen.  Attached is a general release, a HIIPA compliant release, and a letter authorizing the release of documents in the possession of the U.S. Department of State to our office that has been previously provided to the Admissions Office of the Bureau of Population, Refugees, and Migration at the U.S. Department of State.  All these documents have been signed by Mr. Ameen.

    The Office of the Federal Defender, is able to repay costs incurred by your court or agency in obtaining these records.

    If you have any questions or need additional information regarding this request, please do not hesitate to contact me.  Thank you for your prompt attention to this matter.

                    Sincerely,

                    Julie Denny
                    Paralegal

Exhibit 1



**OFFICE OF THE FEDERAL DEFENDER**
Eastern District of California
801 I Street, 3ʳᵈ Floor
Sacramento, California 95814-2510
(916) 498.5700   FAX (916) 498.5710

HEATHER E. WILLIAMS
Federal Defender

BENJAMIN D. GALLOWAY
Chief Assistant Defender

October 18, 2018

By my signature below, I (Omar Ameen, DOB 12/20/73) authorize the Office of the Federal Defender, through my attorneys, Rachelle Barbour and Ben Galloway, and Paralegal Julie Denny, to request and receive any records concerning me held by the Admissions Office of the Bureau of Population, Refugees, and Migration at the United States Department of State.

I request that these records be provided to my defense team for the purpose of representing me in a proceeding pending in the United States District Court for the Eastern District of California. I request that the Admissions Office of the Bureau of Population, Refugees, and Migration at the United States Department of State provide my counsel all records that it holds concerning me, my application for admission as a refugee, the procedures followed during that application, any biometric or fingerprint data, the results of any background checks or investigations, and all identifying information, including photographs taken of me by other entities, without exception. I request that these documents be provided to my defense team even if they were originally created by an entity other than the U.S. Department of State. I expressly request all documents related to me held by the US Department of State, even if those documents were originally produced by another agency or non-governmental organization.

I relinquish any claim arising out of production of these records.

Date: 10 \ 18 \ 18

X _____
Omar Ameen

Translated and witnessed by:

Dated: 10 \ 18 \ 18

_____
Ahmed Gawish

# Authorization for the Release of Records to Another Individual

In general, under the provisions of the FOIA and Privacy Act, access to information about private individuals cannot be given to unauthorized third parties without the individual's written consent. If you provide authorization, your request will be processed with the greatest possible access. If you do not or are unable to provide authorization, your request will be processed, but release of records will be severely restricted to protect the privacy of another individual.

## What Is A Proper Authorization? (22 C.F.R. 171.12(a))

- Should be in writing
- Should be on plain paper or your letterhead (NOTE: do not use forms from other agencies, as they do not authorize the Department of State to release documents)
- Should authorize the Department of State to release documents concerning the individual to you
- Should be signed by the individuals who the documents are about
- Should contain either:
    1. A notarization from a notary public - which has the signature of the individual who is the subject of the records, the signature and seal of the notary, and be dated within six months of the request, or
    2. A statement from the individual who is the subject of the records saying: "I declare, certify, verify or state that, under penalty of perjury under the laws of the United States of America, the foregoing is true and correct." This statement should be signed by the individual who the records are about, and be dated within six months of the date of the request.

## Submitting the Authorization

The authorization(s) may be forwarded to us at: Office of Information Programs and Services, ATTN: A/GIS/IPS/RL, U.S. Department of State, SA-2, Washington, DC 20522-8100, or may be faxed to us at 202-261-8579. Please be sure to refer to your Case Control Number in your correspondence.

To ensure you receive the greatest possible access to documents, authorizations for all persons you are requesting records about **should be received by this office within 30 calendar days of the date of this letter.** If you are unable to provide an authorization, please notify us in writing. If proper authorizations are not received within **30 calendar days of the date of our letter**, your request will be processed accordingly and the release of documents will be severely restricted.

## Documents about a Deceased Person

For deceased individuals, unless the death has been widely reported, please provide proof of death, e.g., a newspaper obituary or a copy of a death certificate, or advise us that none will be forthcoming.

PLEASE NOTE: Please submit a separate authorization for each person you are requesting records about. For example, **in cases involving an immigrant visa petitioner and one or more beneficiaries, please submit authorizations from the petitioner and all beneficiaries** .

### An Example of a Proper Authorization

RE: Case Control Number _____

I, OMAR AMEEN , authorize the Department of State to release all records about me to Federal Defender . I declare, certify, verify or state that, under penalty of perjury under the laws of the United States of America, the foregoing is true and correct.

X _____

(signature)

10/11/18

(date)



**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
HEATHER E. WILLIAMS, FEDERAL DEFENDER



801 I Street, 3rd Floor
Sacramento, California  95814
Phone: (916) 498-5700
Fax: (916) 498-5710

## CONSENT TO RELEASE INFORMATION

RE:   OMAR AMEEN       DOB:   12-10-73 OTHER: _____

I hereby authorize and request  U.S. Dept. of State  to disclose and give copies to the Office of the Federal Defender (or its representatives, including investigators Christopher Chang and Linda Humble, and Paralegal Julie Denny), for use in my legal proceedings, any and all records and/or information concerning the undersigned which you may have in your possession, including but not limited to the following:

1. Personal information, including financial or commercial records, tenancy records, contracts, and/or business records.

2. Social welfare records.

3. School records including counseling, attendance, discipline, and progress reports. (20 U.S.C. 1232g)

4. Program participation, i.e., quarterly reviews, staffing reports, special incident reports, discharge summary, all records maintained by any correctional institution, including prison central files.

5. Rap sheets, police reports, warrants, and/or investigation reports regarding any civil or criminal action involving the undersigned.

6. Legal files, including but not limited to trial preparation materials, discovery, investigative notes and reports, correspondence, attorney notes, and attorney work product.

7. Records maintained by any correctional institution, including prison central files.

8. Records maintained by any immigration or refugee agency, including but not limited to the United States Immigration and Naturalization Service, or the UNHCR.

9. Records maintained by foreign governments and any sub-unit thereof.

10. Cell phone records, including usage records, the content of texts and emails, and location data including cell-site information.

11. Social media information, including subscriber information, passwords, and the content of postings.

I further understand I have a right to receive a copy of this authorization upon my request.  This authorization shall become effective immediately and remain in effect for a period of three years unless a date of termination of authorization is given here: _____
(Date)

I further authorize and consent to use of a copy of this release to obtain the above records and to disclosure and copying of any of the above records.  A photocopy of this release is as effective as the original.

In consideration of such disclosure on the part of the above-named person and/or institution, I hereby release them from any and all liability arising therefrom.

DATED:   9 | 28 | 18          X _____
                                      DEFENDANT

## AU̇THORIZATION FOR DISCLOSURE
## OF PROTECTED HEALTH INFORMATION

### PATIENT INFORMATION:

Patient Name: OMAR AMEEN

Date of Birth: 12-20-1973          Social Security No.:

### INFORMATION TO BE RELEASED FROM:

I hereby ȧuthorize the following person(s) or organization(s) to disclose my protected health information including psychotherapy notes and records that may contain HIV and/or AIDS related information from:

U.S. Dept. of State
(provider name)

SA-2 Suite 8100          WAshington, DC 20522·0208
(address)                (city)          (state)          (zip)

Including contents regarding drug or alcohol abuse, psychiatric, psychotherapy notes and HIV (AIDS) related diagnosis and/or test results.  Exclusions to the above: _____

### INFORMATION TO BE RELEASED TO:

Name of Organization and/or Person: Federal Defenders Office

Address:   801 I Street, 3rd Floor, Sacramento, CA  95814

Telephone:   (916) 498-5700          Facsimile:   (916) 498-5710

### TYPE OF INFORMATION TO BE RELEASED:

Dates of Treatment:  From:   1-1-2000          To: Present

### TYPE OF RECORDS TO BE RELEASED:

☒ All Medical Records
☒ History & Physical
☒ Discharge Summary
☒ Operative Reports
☒ Consultation Reports
☒ Mental Health Reports
☒ Psychotherapy Notes

☐ Radiology Reports
☐ Laboratory & Diagnostic Results
☐ Substance Abuse Treatment Reports
☐ Evidentiary Examination
☒ Emergency Room Reports
☐ HIV and/or AIDS Records

☐ Other Information (Specify): _____

Purpose or need for this information:   ☒ Legal   ☐ Medical   ☐ Personal   ☐ Other

# PATIENT AUTHORIZATION TO
# RELEASE MEDICAL INFORMATION

## RESTRICTIONS, DURATION & RIGHTS

- I authorize the release of the specified information from my medical records.

- I understand information disclosed pursuant to this authorization could be re-disclosed by the recipient and may no longer be protected by federal confidentiality laws (HIPPA). However, under California law the requestor may not further use or disclose the medical information unless another authorization is obtained from me or unless such use or disclosure is specifically required or permitted by law pursuant to state confidentiality laws.

- This authorization may be revoked at any time. This revocation must be in writing, signed by you or your patient representative and delivered to the medical service provider listed on page one (1) of this Authorization. My revocation will be effective upon receipt, but will have no impact on uses or disclosures made while my authorization was valid.

- This authorization shall remain in effect for one (1) year after the date of signature unless otherwise specified.

- I am signing this authorization voluntarily and that my treatment will not be affected if I do not sign this authorization.

- A photocopy of this release is as effective as the original.

- I have received a copy of this authorization.

9/28/18
_____
Date

X _____
Signature

If signed by person other than patient, indicate relationship: _____



**United States Department of State**

*Washington, D.C.   20520*

F-2019-03151

MAY 0 9 2019

Julie Denny
Office of the Federal defender
801 I Street, 3rd Floor
Sacramento, CA 95814

Dear Ms. Denny,

This letter is to acknowledge receipt of your request dated January 14, 2019, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to the Department of State, in which you requested refugee records concerning Omar Ameen.

The Office of Information Programs and Services (IPS) received your FOIA request on January 29, 2019.  Your FOIA request was assigned the tracking number at the top of this letter.  Please include the tracking number in all future communications concerning this FOIA request. We have classified you as an other-use requester.

This Office assigns incoming requests to one of three tracks:  simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track.  Your request has been assigned to the complex track and will be handled as quickly as possible.

If you have any questions regarding the status of your request, you may contact our FOIA Requester Service Center or our FOIA Public Liaison via email at FOIAstatus@state.gov or telephone at (202) 261-8484.

Sincerely,

Eric F. Stein, Director
Office of Information Programs and Services

Exhibit 2

**FW: Checking on status of Request F-2019-03151**

1 message

**From:** FOIA Status <FOIAStatus@state.gov>
**Date:** Monday, October 7, 2019 at 10:17 AM
**To:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Subject:** RE: Checking on status of Request F-2019-03151


Ms. Barbur,

The Office of Information Programs and Services (IPS) is in receipt of your inquiry below regarding case control number F-2019-03151. We will follow-up with you as soon as possible to provide a response.

Thank you in advance for your patience.


If you have any questions, please contact the FOIA Requester Service Center (FRSC) at (202) 261-8484 or send an e-mail to foiastatus@state.gov.

Exhibit 3

Regards,

U.S. Department of State

FOIA Requester Service Center

SBU -PRIVACY OR PII

**From:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Sent:** Friday, October 4, 2019 6:09 PM
**To:** FOIA Status <FOIAStatus@state.gov>
**Cc:** Julie Denny <Julie_Denny@fd.org>; Ben Galloway <Ben_Galloway@fd.org>
**Subject:** RE: Checking on status of Request F-2019-03151

Thank you for the information about the estimated date of completion.  I am attaching a copy of Mr. Ameen's DS-4240 to help you process this request.

I would like to request that this status be put on the **expedited** track.  The completion date is 3.5 years after we submitted the request on behalf of our client Omar Abdulsattar Ameen.

This FOIA request arises in connection with a client my office was appointed to represent in August 2018.

There are three grounds for which of the FOIA request should be granted. Please keep in mind that these grounds are described through the prism of attorney-client privilege. The grounds are thus described in a necessarily limited manner, but the case does have international implications and consequences for our client.

First, the circumstances of the case are such that a "lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual." Without the documents requested, our client has a reasonable expectation that they will imminently face severe bodily harm and/or death in an international context. The documents are essential to preventing this imminent severe bodily harm and/or death that our client will surely face without the requested records.

Second, our client will immediately face "[t]he loss of [their] substantial due process of rights." Again, due to the international context of our client's case, without the records sought in this request, our client will necessarily suffer the loss of their "substantial due process of rights," including their due process of human and constitutional rights. Our extradition hearing will likely be in December 2019.  If Mr. Ameen is extradited, he will be gone long before July 2022.  He will almost certainly be executed in Iraq.  We cannot wait years for these documents.

Finally, pursuant to §16.5 (e)(1)(iv), our client's case involves "[a] matter of widespread and exceptional media interest in which there exists possible questions about the government's integrity which affects public confidence." Mr. Ameen's case has been reported in local, national, and international media. Reports have questioned the government's integrity in pursuing

2

this case.


Thank you for your attention to this matter.  I look forward to your response.


Rachelle Barbour


Rachelle Barbour

Assistant Federal Defender

Federal Defender's Office

801 I Street, 3rd Floor

Sacramento, CA  95814

916-498-5700

Fax: 916-498-5700


This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

---

**From:** FOIA Status <FOIAStatus@state.gov>
**Sent:** Friday, October 4, 2019 7:57 AM
**To:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Subject:** FW: Checking on status of Request F-2019-03151

Dear Rachelle Barbour,


You previously contacted the Department of State's FOIA Requester Service Center and requested an estimated date of completion (EDC) for your request, Case Control Number

F-2019-03151.


It has been determined that the EDC for this request is July 22, 2022.  EDCs are estimates and are subject to change.  Please be advised that the Department takes its FOIA responsibilities seriously and is processing your request as quickly as possible.  If your request can be completed prior to the EDC, a response will be sent to you sooner.


If you have any concerns or questions regarding a FOIA-related matter, please contact the FOIA Requester Service Center (FRSC) at 202-261-8484 or send an e-mail to foiastatus@state.gov.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration (NARA) to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email address: ogis@nara.gov; telephone: (202) 741-5770; toll free number: 1-877-684-6448; facsimile: (202) 741-5769.

We appreciate your continued patience.

Sincerely,

U.S. Department of State
FOIA Requester Service Center

SENSITIVE BUT UNCLASSIFIED

**From:** FOIA Status
**Sent:** Wednesday, October 02, 2019 3:14 PM
**To:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Subject:** RE: Checking on status of Request F-2019-03151

Dear Rachelle Barbour,

The Office of Information Programs and Services (IPS) is in receipt of your inquiry below regarding case control number F-2019-03151.  We will follow-up with you as soon as possible to provide a response.

Thank you in advance for your patience.

If you have any questions, please contact the FOIA Requester Service Center (FRSC) at 202-261-8484 or send an e-mail to foiastatus@state.gov.

Regards,

U.S. Department of State

FOIA Requester Service Center

SENSITIVE BUT UNCLASSIFIED

**From:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Sent:** Monday, September 23, 2019 6:54 PM
**To:** FOIA Status <FOIAStatus@state.gov>
**Subject:** Checking on status of Request F-2019-03151

Could you please let me know the status of this FOIA request made on behalf of our client Omar Ameen, by Julie Denny, a paralegal with my office?

Rachelle

Rachelle Barbour

Assistant Federal Defender

Federal Defender's Office

801 I Street, 3rd Floor

Sacramento, CA  95814

916-498-5700

Fax: 916-498-5710

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

 Gmail

---

**FW: F-2019-03151, Expedited Processing Response**

---

**From:** "A_FOIAacknowledgement@groups.state.gov" <A_FOIAacknowledgement@groups.state.gov>
**Date:** Thursday, April 1, 2021 at 6:45 AM
**To:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Subject:** Ref: F-2019-03151, Expedited Processing Response


**\*\*THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.\*\***


Ms. Barbour:

This email responds to your request for expedited processing in reference to the subject January 14, 2019, Freedom of Information Act (FOIA) (5 U.S.C. § 552) request regarding refugee records for Omar Ameen.  This Office previously assigned your request the subject reference number and placed it in the complex processing track where it will be processed as quickly as possible.  See 22 CFR § 171.11(h).

According to 22 CFR § 171.11(f), requests shall receive expedited processing when a requester demonstrates a "compelling need" for the information exists for one of the following reasons: (1) failure to obtain the requested information on an expedited basis could reasonably be expected to pose an imminent threat to the life or physical safety of an individual; (2) the information is urgently needed by an individual primarily engaged in disseminating

Exhibit 4

information in order to inform the public concerning actual or alleged Federal government activity; or (3) failure to release the information would impair substantial due process rights or harm substantial humanitarian interests.  Your request does not demonstrate a "compelling need" for the requested information.  Therefore, this Office denies your request for expedited processing.

If you are not satisfied with this Office's determination in response to your request for expedited processing, you may administratively appeal to: Appeals Officer, Office of Information Programs and Services, U.S. Department of State, 2201 C Street, NW, Room B266, Washington, D.C. 20520; or facsimile at 202-485-1718.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of this email.

If you have any questions regarding your request, would like to narrow the scope or arrange an alternative time frame to speed its processing, or would like an estimated date of completion, please contact our FOIA Requester Service Center or our FOIA Public Liaison by email at FOIAstatus@state.gov or telephone at 202-261-8484.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,


/s/ *Nicholas J. Cormier*
Nicholas J. Cormier
Chief, Requester Communications Branch
Office of Information Programs and Services


**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**



**OFFICE OF THE FEDERAL DEFENDER**
Eastern District of California
801 I Street, 3rd Floor
Sacramento, California  95814-2510
(916) 498.5700    FAX (916) 498.5710

HEATHER E. WILLIAMS
Federal Defender

BENJAMIN D. GALLOWAY
Chief Assistant Defender

April 1, 2021

Appeals Officer
Office of Information Programs and Services
U.S. Department of State
2201 C Street NW, Room B266
Washington DC 20520

Submitted by fax: 202-485-1718

Re:  FOIA to Department of State – F-2019-03151 – Appeal of Denial of Expedited Processing

To Whom it May Concern:

On April 1, 2021, the Department of State denied my request for expedited processing for the above FOIA request.  On behalf of my client, Omar Ameen, I have demonstrated (and continue to demonstrate) a "compelling need" for the information.  The following reasons demonstrate a compelling need for Mr. Ameen's records requested through FOIA.  The request qualifies for expedited processing under the three compelling needs set forth in 22 CFR sec. 171.11(f).

Mr. Ameen currently faces extradition to the Republic of Iraq.  He is pending a decision on certification by the Magistrate Judge.  He has a due process right to present all explanatory and obliterative information regarding this extradition case to the magistrate judge holding the hearing.  He also has a due process right to present such information to the District Court on habeas and to highlight this information to the Secretary of State, who will have the final decision on whether Mr. Ameen will be returned to Iraq.

Moreover, Mr. Ameen faces "grave punishment" in this proceeding, and the information produced is expected to help in his defense.  Aguilera v. FBI, 941 F.Supp.  144, 150 (D.D.C. 1996).  If Mr. Ameen is certified for extradition, he will face the death penalty in Iraq, and will almost certainly be executed after a perfunctory trial.  An Iraqi witness against Mr. Ameen, the leader of a local militia, has already indicated his desire to ensure that Mr. Ameen is executed upon his return.  Accordingly, failure to provide this information on an expedited bases could reasonably be expected to pose an imminent threat to his life or physical safety.  Mr. Ameen faces "grave punishment" in this proceeding, and the information produced is expected to help in his defense.  Aguilera v. FBI, 941 F.Supp.  144, 150 (D.D.C. 1996).

Exhibit 5

The State Department has consistently recognized that high risk of torture and death in the Iraqi criminal justice system, especially for Sunni men, like Mr. Ameen, who are charged with ISIS-related crimes. The most recent State Department Country Report for Iraq, issued yesterday, March 31, 2021, details the dangers if Mr. Ameen is returned to Iraq. As discussed extensively in his extradition case, and in the media, Mr. Ameen is innocent of the charged Iraqi offense.

Both Mr. Ameen and the public have an interest in expedited processing of this request. There has been significant, ongoing public interest in this case, as shown by multiple international articles and news stories, including in the New Yorker (January 20, 2020), CBS News, the San Francisco Chronicle, Sacramento Bee, on Sacramento's ABC10, KCRA3, and in the New York Times. Likewise, a television news channel, KXTV has previously filed a FOIA civil suit documenting its interest in providing the public with information about Mr. Ameen's case. (U.S. District Court, E.D. Cal., Case No. 2:19-CV-415-JAM.) Information obtained pursuant to this request will be shared with the news media in order to inform the public concerning the Federal government activity in this case.

I should note that the Department of State has – on appeal – previously ordered expedited processing on a related FOIA request, F-2019-09725, granted in November 2019.

I look forward to receiving the documents as quickly as possible. If you have any questions about this request, please email me at Rachelle_Barbour@fd.org or call me at 916-498-5700.

Sincerely,

Rachelle Barbour
Assistant Federal Defender



**United States Department of State**

*Washington, D.C.   20520*

April 8, 2021

Case Number: F-2019-03151

Rachelle Barbour
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814-2510

Email:  Rachelle_Barbour@fd.org

Dear Ms. Barbour:

This is in response to your Freedom of Information Act (FOIA) request, dated
January 14, 2019, for "all records in the possession of the U.S. Department of State regarding
Mr. Ameen."  Specifically, this letter addresses your letter of April 1, 2021, concerning the
Department of State's denial of expedited processing.

We have considered your appeal of the denial of expedited processing and have determined that
your request does warrant expedited processing.  We are continuing to process your request,
which is now in our "expedited" queue.  For further communications with this office, please
contact FOIAStatus@state.gov and include case number F-2019-03151.

Sincerely,

Jeanne Miller, Chief
Programs and Policies Division
Office of Information Programs and Services

Exhibit 6



---

## State FOIA F-2019-03151

---

**From:** FOIA Status <FOIAStatus@state.gov>
**Sent:** Friday, May 7, 2021 8:57:40 AM
**To:** 'Rachelle Barbour' <Rachelle_Barbour@fd.org>
**Subject:** RE: State FOIA F-2019-03151

Ms. Barbour,


The Office of Information Programs and Services is in receipt of your inquiry below.  We will follow-up with you as soon as possible to provide a response.


Thank you in advance for your patience.


Regards,


U.S. Department of State

FOIA Requester Service Center


---

**From:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Sent:** Thursday, May 6, 2021 12:02 PM
**To:** FOIA Status <FOIAStatus@state.gov>
**Subject:** State FOIA F-2019-03151


Good morning,


Pursuant to 5 U.S.C. § 552(a)(7)(B)(ii), I request an estimated date of completion for FOIA F-2019-03151.


Thank you for anticipated attention to this matter,


Rachelle

Exhibit 7

1

Rachelle Barbour

Assistant Federal Defender

Office of the Federal Defender

Eastern District of California

801 I St., 3rd Floor

Sacramento, CA 95814

916-498-5700

Rachelle_Barbour@fd.org


***CONFIDENTIALITY NOTICE: This message contains information that may be confidential and privileged. Unless you are the addressee, you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this message in error, please advise the sender by reply e-mail, and delete the message.***



---

## State FOIA F-2019-03151

---

**From:** FOIA Status <FOIAStatus@state.gov>
**Sent:** Tuesday, May 18, 2021 2:07:20 PM
**To:** 'Rachelle Barbour' <Rachelle_Barbour@fd.org>
**Subject:** RE: State FOIA F-2019-03151

Ms. Barbour,


This is in response to your email below regarding FOIA case control number F-2019-03151.


This request is in process and has a December 23, 2021, estimated date of completion (EDC). EDCs are estimates and are subject to change. Please be advised that the Department takes its FOIA responsibilities seriously and is processing this request as quickly as possible. If the request can be completed prior to the EDC, a response will be sent sooner.


If you have any concerns or questions regarding a FOIA-related matter, please contact the FOIA Requester Service Center at 202-261-8484 or send an e-mail to foiastatus@state.gov.


Regards

U.S. Department of State

FOIA Requester Service Center

## Organization Representative Information

**Organization Name**   Office of the Federal Defender

**Prefix**

**First Name**   Rachelle

**Middle Name**

**Last Name**   Barbour

**Suffix**

**Email**   rachelle_barbour@fd.org

**Phone**

**Location**   United States

## Domestic Address

**Address Line 1**   801 I ST., 3RD FLOOR

**Address Line 2**

**City**   Sacramento

**State**   California

**Postal**   95814

Exhibit 8

## Agreement to Pay

**How you will pay**
I am willing to pay additional fees and will enter the maximum amount I am willing to pay in the box below.

**Allow up to $**
500

## Non-Individual FOIA Request

**Request Information**
All releasable records relating to Omar Abdulsattar Ameen, FBI # 760029XD5, SSN ████████, passport ████████ (Iraq), DL# ████████ (CA), DOB Dec. 20, 1973.
Mr. Ameen is a legal client of my office. I am attaching a release signed by him.

## Expedite

**Expedite Reason**
Mr. Ameen faces an extradition hearing on April 29, 2019 in the United States District Court of the Eastern District of California.

**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

February 27, 2019

MS. RACHELLE BARBOUR
OFFICE OF THE FEDERAL DEFENDER
EASTERN DISTRICT OF CALIFORNIA
3RD FLOOR
801 I STREET
SACRAMENTO, CA 95814

FOIPA Request No.: 1429636-000
Subject: AMEEN, OMAR ABDULSATTAR

Dear Ms. Barbour:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI. Below you will find check boxes and informational paragraphs about your request, as well as specific determinations required by these statutes.   Please read each one carefully.

☑ Your request has been received at FBI Headquarters for processing.

☐ Your request has been received at the _____ Resident Agency / _____ Field Office and forwarded to FBI Headquarters for processing.

☑ You submitted your request via the FBI's eFOIPA system.

    ☐ We have reviewed your request. Consistent with the FBI eFOIPA terms of service, future correspondence about your FOIA request will be provided in an email link.

    ☑ We have reviewed your request. Consistent with the FBI eFOIPA terms of service, future correspondence about your FOIPA request will be sent through standard mail.

☐ The subject of your request is currently being processed and documents will be released to you upon completion.

☐ Release of responsive records will be posted to the FBI's electronic FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

☐ Your request for a public interest fee waiver is under consideration, and you will be advised of the decision at a later date.   If your fee waiver is not granted, you will be responsible for applicable fees per your designated requester fee category below.

☑ For the purpose of assessing any fees, we have determined:

    ☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

    ☐ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

    ☑ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Exhibit 9

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number.   Status updates are adjusted weekly.   The status of newly assigned requests may not be available until the next weekly update.   If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request.   Please use this number in all correspondence concerning your request.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following web site:  https://www.foiaonline.gov/foiaonline/action/public/home.   Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."   Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov.   Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov.   If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Information Management Division

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

February 28, 2019

MS. RACHELLE BARBOUR
OFFICE OF THE FEDERAL DEFENDER
EASTERN DISTRICT OF CALIFORNIA
3RD FLOOR
801 I STREET
SACRAMENTO, CA 95814

                                FOIPA Request No.: 1429636-000
                                Subject: AMEEN, OMAR ABDULSATTAR

Dear Ms. Barbour:

    This is in reference to your letter directed to the Federal Bureau of Investigation (FBI), in which you requested expedited processing for the above-referenced Freedom of Information/Privacy Acts (FOIPA) request.   Pursuant to the Department of Justice (DOJ) standards permitting expedition, expedited processing can only be granted when it is determined that a FOIPA request involves one or more of the below categories.

    You have requested expedited processing according to:

☐    **28 C.F.R. §16.5 (e)(1)(i):** "Circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual."

☐    **28 C.F.R. §16.5 (e)(1)(ii):** "An urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information."

☑    **28 C.F.R. §16.5 (e)(1)(iii):** "The loss of substantial due process of rights."

☐    **28 C.F.R. §16.5 (e)(1)(iv):** "A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence."

    You have provided enough information concerning the statutory requirements permitting expedition; therefore, your request is approved.

    For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request.   Please use this number in all correspondence concerning your request.

    You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following web site:  https://www.foiaonline.gov/foiaonline/action/public/home.   Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."   Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

Exhibit 10

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov.   Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov.   If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Sincerely,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Information Management Division