

## THE **FBI** FEDERAL BUREAU OF INVESTIGATION

**CONTACT US** | **ABOUT US** | **MOST WANTED** | **NEWS** | **STATS**

## FBI Records: The Vault

Vault Home • FDPS

## **Check Status of Your FOIA Request**

If your FOIPA Number is 11195846-0 please enter 11195846-000 into the system. If your FOIPA number is 11195846-1 please enter 11195846-001 into the system. If you have any questions about the status of your FOIPA request, please e-mail foipaquestions@fbi.gov.

Find status of FOIPA−Last updated on Apr. 28, 2021 9:29 am

**FOIPA:** [            ] Submit

## Result

**FOIPA**
1429636-000

**Case Type**
FOIPA

**Process Description**
The FBI's FOIPA Program is searching the FBI's indices for potentially responsive documents. You may be contacted via formal letter for all fees and/or negotiation issues that may apply.

Exhibit 11



---

## Request for EDC FOIPA 1429636-000

1 message

---

**Rachelle Barbour** <Rachelle_Barbour@fd.org>                                    Thu, May 6, 2021 at 11:19 AM
To: "FOIPAQUESTIONS@FBI.GOV" <FOIPAQUESTIONS@fbi.gov>

Good morning,

Pursuant to 5 U.S.C. § 552(a)(7)(B)(ii), I request an estimated date of completion for FOIPA 1429636-000.

Thank you for your anticipated attention to this matter,

Rachelle

Rachelle Barbour

Assistant Federal Defender

Office of the Federal Defender

Eastern District of California

801 I St., 3rd Floor

Sacramento, CA 95814

916-498-5700

Rachelle_Barbour@fd.org

***CONFIDENTIALITY NOTICE: This message contains information that may be confidential and privileged. Unless you are the addressee, you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this message in error, please advise the sender by reply e-mail, and delete the message.***

Exhibit 12



**OFFICE OF THE FEDERAL DEFENDER**
Eastern District of California
801 I Street, 3rd Floor
Sacramento, California  95814-2510
(916) 498.5700   FAX (916) 498.5710

**HEATHER E. WILLIAMS**
Federal Defender

**BENJAMIN D. GALLOWAY**
Chief Assistant Defender

August 26, 2019

Amanda Marchand Jones, Chief
FOIA/PA Unit
Criminal Division
Department of Justice
Suite 1127, Keeney Building
Washington, DC 20530-0001

Submitted by email: crm.foia@usdoj.gov

Re:  FOIA to DOJ, Office of International Affairs

Dear Ms. Marchand Jones:

Under the Freedom of Information Act, 5 U.S.C. subsection 552, I am requesting access to the following documents:

Documents held by the <u>Department of Justice, Criminal Division, Office of International Affairs</u>, regarding the extradition of Omar Abdulsattar Ameen, from the Republic of Iraq. Specifically, I request all communications between any staff of the Office of International Affairs and any component of the Republic of Iraq regarding Mr. Ameen's charge or charges in the Republic of Iraq, the Republic of Iraq's request for extradition, the response of the Department of Justice to that request, potential charges against Mr. Ameen in the United States, Mr. Ameen's refugee status or other immigration status, and the actions taken by the Department of Justice in support of extradition.  I also request records and logs of all such communications.

**<u>Definitions</u>**

Communications: The term "communications" includes, but is not limited to: letters, e-mails; text communications between phones or other electronic devices (including but not limited to, communications sent via SMS or other text, Blackberry Messenger, iMessage, WhatsApp, Signal, Gchat, or Twitter direct message); images, video, and audio recorded on cell phones; voicemail messages; social-media posts; formal and informal presentations; alerts; bulletins; advisories; and minutes or notes of meetings and phone calls.

"Component of the Republic of Iraq" includes any member of any Iraqi security force, military branch, governmental agency, People's Mobilization Force, police agency, diplomatic agency,

Exhibit 13

elected or appointed member of government, court or tribunal, or any other branch of the Iraqi Government.

Records: The term "records" includes, but is not limited to: legal memoranda, procedures, policies, directives, practices, reports, audits, guidance, or guidelines that were prepared, received, transmitted, collected, and/or maintained by Subject Agency

## Relevant Time Frame

This request seeks documents, records, and communications that have been created or occurred since November 11, 2015.

Specifically, Mr. Ameen's extradition request was submitted by the Republic of Iraq in April 2018 and processed by the Department of Justice during the summer of 2018. It is believed that OIA or its employees had contact with the Republic of Iraq from approximately 2016 through the current date. This request is continuing.

## Privacy Waiver Signed by Mr. Ameen

I represent Mr. Ameen in his current extradition case, and am enclosing an executed and notarized waiver of privacy rights in any of these documents. This waives Mr. Ameen's rights to privacy under Exemption 6 and other Exemptions protecting his personal privacy.

As FOIA requires, please release all reasonably segregable nonexempt portions of documents. If this request is denied in whole or in part, we ask that you justify all withholdings by reference to specific exemptions to the FOIA. We expect the release of all segregable portions of otherwise exempt material. If the fee waivers are denied, the requesters are prepared to pay fees up to $25, and request to be informed of further fees that may be charged, but reserve the right to appeal a denial of fee waivers

In order to help you determine my status for the purpose of assessing fees, I note that I am an attorney with the Federal Defender's Office for the Eastern District of California. The Office of the Federal Defender is authorized under Title 18, U.S.C. section 3006A, the Criminal Justice Act, to provide legal representation to persons financially unable to retain counsel in federal criminal and related proceedings. I request a waiver of all fees for this request. Disclosure of the requesting information to me is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not is in any commercial interest.

I am willing to pay fees for this request up to a maximum of $100. If you estimate that the fees will exceed this limit, please inform me first.

I request that the information be provided in electronic format.

I ask that my request receive expedited processing because Mr. Ameen currently faces extradition to the Republic of Iraq. Because of the District Court's concerns about various facets

of the Iraqi extradition request, the U.S. Government has asked the Iraqi Government to supplement that request.  Information about the communications between the DOJ, OIA, and the Republic of Iraq regarding this extradition case, including communications prior to the filing of Iraqi charges, between the filing of such charges and Mr. Ameen's arrest in August 2018, and since that arrest during the pendency of the extradition case, will help the public and the District Court understand the procedures and methods by which the DOJ, OIA, communicated with the Republic of Iraq regarding this extradition.

Both Mr. Ameen and the public have an interest in expedited processing of this request. There has been significant, ongoing public interest in this case, as shown by multiple international articles and news stories, including in the Sacramento Bee, on ABC10, and in the New York Times.  Likewise, a television news channel, KXTV has filed a FOIA civil suit documenting its interest in providing the public with information about Mr. Ameen's case.  (U.S. District Court, E.D. Cal., Case No. 2:19-CV-415-JAM.)  Moreover, Mr. Ameen faces "grave punishment" in this proceeding, and the information produced is expected to help in his defense. Aguilera v. FBI, 941 F.Supp.  144, 150 (D.D.C. 1996).

I look forward to receiving the documents.  If you have any questions about this request, please email me at Rachelle_Barbour@fd.org or call me at 916-498-5700.

Sincerely,

/s/ R. Barbour

Rachelle Barbour
Assistant Federal Defender

Enc. (privacy waiver)



**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                          *Washington, D.C. 20530*

**VIA Electronic Mail**                          September 23, 2019

Ms. Rachelle Barbour
Assistant Federal Defender
Federal Defender's Office
801 I Street, 3rd Floor                 Request No. CRM-300796232
Sacramento, CA 95814                     Subject: Extradition of Omar Abdulsattar
Rachelle_Barbour@fd.org                      Ameen

Dear Ms. Barbour:

This acknowledges receipt of your Freedom of Information Act request dated, August 26, 2019, seeking records maintained by the Criminal Division concerning the above-mentioned subject. Your request was received in this Office on August 26, 2019. The request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request.

⊠        Your request has been received by the Freedom of Information Act/Privacy Act Unit and we are searching the section(s) most likely to maintain responsive records.

⊠        Because your request presents "unusual circumstances" (See 5 U.S.C. § 552(a)(6)(B)(i)-(iii)), we are extending the time limit to respond to your request an additional ten days as provided by the statute.

☐        We have not yet made a decision on your request for a fee waiver. We will do so after we determine whether the processing of your request will result in any assessable fees.

☐        We have not yet made a decision on your request for preferred fee status. We will do so after we determine whether the processing of your request will result in any assessable fees.

⊠        Your request for expedited treatment has been:

    ☐        Granted. Accordingly, your request has been assigned to a Government Information Specialist in this Office and we will respond to your request as soon as practicable.

Exhibit 14

☒      Denied. You have not established that your request fits within any of the four U.S. Department of Justice standards for expedited treatment. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following website: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

I assure you that your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact me by telephone at (202) 616-0307, by email at crm.foia@usdoj.gov, or by mail at the Criminal Division, U.S. Department of Justice, Suite 1127, Keeney Building, NW, Washington, DC 20530-0001.

You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

*Amanda Marchand Jones*

Amanda Marchand Jones
Chief
FOIA/PA Unit



## FW: FOIA Appeal DOJ-AP-2019-007060 Submitted

1 message

---

**From:** "admin@foiaonline.gov" <admin@foiaonline.gov>
**Date:** Monday, September 23, 2019 at 12:43 PM
**To:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Subject:** FOIA Appeal DOJ-AP-2019-007060 Submitted

This message is to notify you of a new appeal submission to the FOIAonline application. Appeal information is as follows:

- Appeal Tracking Number: DOJ-AP-2019-007060
- Request Tracking Number: CRM-300796232
- Requester Name: Rachelle Barbour
- Date Submitted: 09/23/2019
- Appeal Status: Submitted
- Description: This FOIA request arises in connection with a client my office has been appointed to defend.
  There are three grounds for which this appeal for expedited processing of the FOIA request should be granted.
  Please keep in mind that these grounds are described through the prism of attorney-client privilege. The grounds are
  thus described in a necessarily limited manner, but the case does have international implications and consequences
  for our client.

Exhibit 15

First, pursuant to 28 C.F.R. §16.5 (e)(1)(i), the circumstances of the case are such that a "lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual." Without the documents requested, our client has a reasonable expectation that they will imminently face severe bodily harm and/or death in an international context. The documents are essential to preventing this imminent severe bodily harm and/or death that our client will surely face without the requested records.

Second, pursuant to §16.5 (e)(1)(iii), our client will immediately face "[t]he loss of [their] substantial due process of rights." Again, due to the international context of our client's case, without the records sought in this request, our client will necessarily suffer the loss of their "substantial due process of rights," including their due process of human and constitutional rights.

Finally, pursuant to §16.5 (e)(1)(iv), our client's case involves "[a] matter of widespread and exceptional media interest in which there exists possible questions about the government's integrity which affects public confidence." Mr. Ameen's case has been reported in local, national, and international media. Reports have questioned the government's integrity in pursuing this case.

| | |
|---|---|
| **From:** | admin@foiaonline.gov |
| **To:** | Rachelle Barbour |
| **Subject:** | FOIA Expedited Processing Disposition Reached for DOJ-AP-2019-007060 |
| **Date:** | Wednesday, October 2, 2019 4:41:01 AM |

Your request for Expedited Processing for the FOIA request DOJ-AP-2019-007060 has been granted. Additional details for this request are as follows:

- Request Created on: 09/23/2019
- Request Description: This FOIA request arises in connection with a client my office has been appointed to defend.
  There are three grounds for which this appeal for expedited processing of the FOIA request should be granted. Please keep in mind that these grounds are described through the prism of attorney-client privilege. The grounds are thus described in a necessarily limited manner, but the case does have international implications and consequences for our client.

  First, pursuant to 28 C.F.R. §16.5 (e)(1)(i), the circumstances of the case are such that a "lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual." Without the documents requested, our client has a reasonable expectation that they will imminently face severe bodily harm and/or death in an international context. The documents are essential to preventing this imminent severe bodily harm and/or death that our client will surely face without the requested records.

  Second, pursuant to §16.5 (e)(1)(iii), our client will immediately face "[t]he loss of [their] substantial due process of rights." Again, due to the international context of our client's case, without the records sought in this request, our client will necessarily suffer the loss of their "substantial due process of rights," including their due process of human and constitutional rights.

  Finally, pursuant to §16.5 (e)(1)(iv), our client's case involves "[a] matter of widespread and exceptional media interest in which there exists possible questions about the government's integrity which affects public confidence." Mr. Ameen's case has been reported in local, national, and international media. Reports have questioned the government's integrity in pursuing this case.
- Expedited Processing Original Justification: This FOIA request arises in connection with a client my office has been appointed to defend.
  There are three grounds for which this appeal for expedited processing of the FOIA request should be granted. Please keep in mind that these grounds are described through the prism of attorney-client privilege. The grounds are thus described in a necessarily limited manner, but the case does have international implications and consequences for our client.

  First, pursuant to 28 C.F.R. §16.5 (e)(1)(i), the circumstances of the case are such that a "lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual." Without the documents requested, our client has a reasonable expectation that they will imminently face severe bodily harm and/or death in an international context. The documents are essential to preventing this imminent severe bodily harm and/or death that our client will surely face without the

Exhibit 16

requested records.

Second, pursuant to §16.5 (e)(1)(iii), our client will immediately face "[t]he loss of [their] substantial due process of rights." Again, due to the international context of our client's case, without the records sought in this request, our client will necessarily suffer the loss of their "substantial due process of rights," including their due process of human and constitutional rights.

Finally, pursuant to §16.5 (e)(1)(iv), our client's case involves "[a] matter of widespread and exceptional media interest in which there exists possible questions about the government's integrity which affects public confidence." Mr. Ameen's case has been reported in local, national, and international media. Reports have questioned the government's integrity in pursuing this case.

- Expedited Processing Disposition Reason: N/A



**U.S. Department of Justice**

Office of Information Policy

*Sixth Floor*
*441 G Street, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

Rachelle Barbour, Esq.
3rd Floor
801 I Street                                          Re:    Appeal No. DOJ-AP-2019-007060
Sacramento, CA  95814                                        Request No. CRM-300796232
Rachelle_Barbour@fd.org                                      MWH:JNW

**VIA:  FOIAonline**

Dear Rachelle Barbour:

    This is to advise you that your administrative appeal from the action of the Criminal Division of the United States Department of Justice was received in this Office on September 23, 2019.  You appealed from the Criminal Division's denial of your request for expedited treatment of your Freedom of Information Act request.

    After carefully considering your appeal, and based on the information presented, I believe that expedited processing of your request is warranted.  Accordingly, I am remanding your request to the Criminal Division, where it will be processed as quickly as practicable.

    I note that you requested expedited treatment of your appeal.  Because I am closing your underlying appeal within ten calendar days, your request for expedited treatment of this appeal is moot.

    If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal.  Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

    If you are dissatisfied with my action on your appeal for expedited treatment of your request, you may file a lawsuit in accordance with 5 U.S.C. § 552(a)(6)(E)(iii).

    Sincerely,

10/2/2019

X

Matthew Hurd, Associate Chief, for
Sean O'Neill, Chief, Administrative Appeals ...
Signed by: MATTHEW HURD

## Rachelle Barbour

| | |
|---|---|
| **From:** | Rachelle Barbour |
| **Sent:** | Tuesday, November 5, 2019 1:24 PM |
| **To:** | ogis@nara.gov |
| **Subject:** | Requesting assistance with FOIA CRM-300796232DOJ // AP-2019-007060 (appeal) |
| **Attachments:** | FOIA request aug 26.pdf; FOIA Expedited Processing Disposition Reached for DOJ-AP-2019-007060.pdf; 300796232 Barbour Rachelle - Signed Acknowledgment Letter.pdf |

I am writing to request assistance with a pending FOIA request.  I filed it August 26, 2019 with the Department of Justice, Criminal Division.  It was acknowledged on September 23, 2019.   DOJ indicated they would take an additional 10 days because of "unusual circumstances."  Expedited review was denied.  I appealed, and expedited processing was granted on October 3, 2019.  I then emailed and called the DOJ FOIA office with no answer.  Today I spoke with the Public Liaison in that office.  She indicated the request was with an analyst, and that record search requests have gone out but not been acted upon.  I was told to call back this Friday.

We were granted expedited review because of a pending federal court hearing on December 4, 2019.  I am asking for any assistance you can offer in ensuring that my FOIA request receives the expedited processing we were granted on review.

I am attaching a copy of the request, a copy of the expedited processing disposition, and a copy of the signed acknowledgment letter.  I also provided the DOJ with my client's release and certification of identity to address any possible privacy issues.

Thank you very much for your attention to this matter.

Rachelle Barbour


Rachelle Barbour
Assistant Federal Defender
Federal Defender's Office
801 I Street, 3rd Floor
Sacramento, CA  95814
916-498-5700
Fax: 916-498-5710

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

Exhibit 17

 

NATIONAL ARCHIVES *and* RECORDS ADMINISTRATION
8601 ADELPHI ROAD - OGIS | COLLEGE PARK, MD 20740-6001
www.archives.gov/ogis | ogis@nara.gov | o: 202.741.5770 | f: 202.741.5769 | t: 877.684.6448

December 4, 2019—Sent via email

Rachelle Barbour
Rachelle_barbour@fd.org

Dear Ms. Barbour:

Thank you for contacting the Office of Government Information Services (OGIS).  Congress created OGIS to serve as the Federal Freedom of Information Act (FOIA) Ombudsman.  We assist the public and Federal agencies by helping them resolve their FOIA disputes, and by addressing their questions and concerns about the FOIA process.

We apologize for our delay in responding to your submission—requests for our assistance have dramatically increased, and we are doing our best to respond to the demand for our services as quickly as we can.  Thank you for your patience as we handled your case.

We understand that you are concerned about the status of a FOIA request you submitted to the Department of Justice (DOJ) Criminal Division, and that you seek OGIS's assistance in having your request processed in a timely fashion. Congress created OGIS to complement existing FOIA practice and procedure; we strive to work in conjunction with the existing request and appeal process. OGIS has no investigatory or enforcement power, nor can we compel an agency to process one request before others.

We did however, speak with Amanda Marchand Jones, who is Chief of the Criminal Division's FOIA/PA Unit, about the status of your case.  We learned that some responsive documents from the Office of International Affairs were sent to the unit on Friday, November 29th.  The Unit still needs to conduct an email search, and then review the results of that search. Ms. Jones also told us that she spoke with you on November 15 to discuss whether you wish to narrow the scope of the search. We understand that you did not.

In our discussion with Ms. Jones, we mentioned your upcoming federal court hearing. Ms. Jones said that if you are looking for something specific in your search, she would be willing to prioritize that, if you can provide information that can help her staff find what you are looking for, such as dates, key terms, titles, etc.

We hope you find this information useful. At this time, we consider this matter closed. If you have questions or concerns that we have not addressed, please contact us again.

Best regards,
The OGIS Staff

--

OFFICE OF GOVERNMENT INFORMATION SERVICES
National Archives and Records Administration
8601 Adelphi Road (OGIS)
College Park, MD 20740-6001
Email: ogis@nara.gov
Phone: 202-741-5770
Fax: 202-741-5769
Website: archives.gov/ogis
Blog: http://foia.blogs.archives.gov/



**FW: Requesting assistance with FOIA CRM-300796232DOJ // AP-2019-007060 (appeal)**
1 message

---

**From:** "CRM FOIA (CRM)" <CRM.FOIA@usdoj.gov>
**Date:** Tuesday, January 21, 2020 at 1:55 PM
**To:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Subject:** RE: Requesting assistance with FOIA CRM-300796232DOJ // AP-2019-007060 (appeal)


Ms. Barbour,


Thank you for the additional information. We will take your priorities into account during the review.


Amanda

Exhibit 18

**From:** Rachelle Barbour [mailto:Rachelle_Barbour@fd.org]
**Sent:** Wednesday, January 15, 2020 4:12 PM
**To:** CRM FOIA (CRM) <CRM.FOIA@CRM.USDOJ.GOV>
**Subject:** RE: Requesting assistance with FOIA CRM-300796232DOJ // AP-2019-007060 (appeal)


I am writing to follow up on the email I sent a week ago (please see below).  It would be very helpful to have a sense of what documents make up the 74,000 pages cited below – that way I can narrow or prioritize them by custodian, date range, or subject to enable the CRM FOIA office to prioritize the review.

Without a better sense of what the documents consist of, I suggest these as possible ways to triage the documents:


By Date (in order of most priority)

September 1, 2017 to June 1, 2018

June 2, 2018 to August 15, 2018

August 16, 2018 to present

January 1, 2017 to August 31, 2017

November 11, 2015 to December 31, 2016


By Custodian (in order of most priority)

FBI

DOJ, OIA

DOJ, CRM (beyond OIA)


More information about the types of documents or custodians would certainly help.  Our supplemental brief is due January 29th and I hope to obtain at least some of the responsive documents by then.


Thank you for your attention to this matter,

Rachelle


Rachelle Barbour

Assistant Federal Defender

Federal Defender's Office

801 I Street, 3rd Floor

Sacramento, CA  95814

916-498-5700

Fax: 916-498-5710

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

---

**From:** Rachelle Barbour
**Sent:** Wednesday, January 8, 2020 10:00 AM
**To:** 'CRM FOIA (CRM)' <CRM.FOIA@usdoj.gov>
**Subject:** RE: Requesting assistance with FOIA CRM-300796232DOJ // AP-2019-007060 (appeal)

Ms. Marchand Jones –

Thank you very much for your response.  I'll work on coming up with a way for us to narrow or prioritize certain documents.  It would be very helpful for me to know more about the record-keeping system and the various custodians who have identified potentially responsive documents.  If you're able to give me any sense of what documents make up the 74,000 pages (by type, custodian, date range, issue), it would help me either narrow or prioritize the request.  I appreciate any info you can give me so that we can work together on this.

Thanks,

Rachelle

Rachelle Barbour

Assistant Federal Defender

Federal Defender's Office

801 I Street, 3rd Floor

Sacramento, CA  95814

916-498-5700

Fax: 916-498-5710

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

---

**From:** CRM FOIA (CRM) <CRM.FOIA@usdoj.gov>
**Sent:** Wednesday, January 8, 2020 6:15 AM
**To:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Cc:** CRM FOIA (CRM) <CRM.FOIA@usdoj.gov>
**Subject:** RE: Requesting assistance with FOIA CRM-300796232DOJ // AP-2019-007060 (appeal)

Ms. Barbour,

Most of the searches related to your request for records have been completed. We estimate that, to date, we have identified approximately 74,000 pages of potentially responsive material that needs to be reviewed and analyzed for a disclosure determination. As we conclude the search process, I anticipate additional records will be located as well. Your request will soon be assigned to a government information specialist, who will begin the process of review.

A request of this size will take a considerable amount of time to process. I understand that your client's case is pending in the District Court. To the extent that you can provide additional information to prioritize the type of information you seek (dates, custodians, terms, issues), it would be extremely helpful.

Please let us know if you would like to set up a telephone call to discuss this further.

Thank you,

Amanda

Amanda Marchand Jones

Chief, FOIA/PA Unit

Criminal Division

U.S. Department of Justice

202-616-0307 (main)

202-514-6117 (fax)

---

**From:** Rachelle Barbour [mailto:Rachelle_Barbour@fd.org]
**Sent:** Friday, January 3, 2020 6:05 PM
**To:** CRM FOIA (CRM) <CRM.FOIA@CRM.USDOJ.GOV>
**Subject:** RE: Requesting assistance with FOIA CRM-300796232DOJ // AP-2019-007060 (appeal)

I am writing for the status of this FOIA request.  The OGIS sent me a letter a month ago that suggested that responsive documents would be on their way shortly.  I have heard nothing since then.  I am attaching the letter for your review. Our case is pending in the District Court, with our next briefing date on January 29, 2020.   I would appreciate obtaining the documents.  The DOJ granted expedited review to this request on appeal.

Thank you very much for your attention to this,

Rachelle

Rachelle Barbour

Assistant Federal Defender

Federal Defender's Office

801 I Street, 3rd Floor

Sacramento, CA  95814

916-498-5700

Fax: 916-498-5710

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

**From:** OGIS <OGIS@nara.gov>
**Sent:** Wednesday, December 4, 2019 4:27 AM
**To:** OGIS <OGIS@nara.gov>
**Cc:** ogis@nara.gov; Rachelle Barbour <Rachelle_Barbour@fd.org>
**Subject:** Re: Requesting assistance with FOIA CRM-300796232DOJ // AP-2019-007060 (appeal)

Dear Ms. Barbour,

Please see OGIS's response to this submission (20-0412), attached to this email.

Best regards,

The OGIS Staff

--

OFFICE OF GOVERNMENT INFORMATION SERVICES

National Archives and Records Administration

8601 Adelphi Road (OGIS)

College Park, MD 20740-6001

Email: ogis@nara.gov

Phone: 202-741-5770

Fax: 202-741-5769

Website: archives.gov/ogis

Blog: http://foia.blogs.archives.gov/

On Tuesday, November 5, 2019 at 4:27:01 PM UTC-5, Rachelle Barbour wrote:

> I am writing to request assistance with a pending FOIA request.  I filed it August 26, 2019 with the Department of Justice, Criminal Division.  It was acknowledged on September 23, 2019.   DOJ indicated they would take an additional 10 days

5

because of "unusual circumstances."  Expedited review was denied.  I appealed, and expedited processing was granted on October 3, 2019.  I then emailed and called the DOJ FOIA office with no answer.  Today I spoke with the Public Liaison in that office.  She indicated the request was with an analyst, and that record search requests have gone out but not been acted upon.  I was told to call back this Friday.

We were granted expedited review because of a pending federal court hearing on December 4, 2019.  I am asking for any assistance you can offer in ensuring that my FOIA request receives the expedited processing we were granted on review.

I am attaching a copy of the request, a copy of the expedited processing disposition, and a copy of the signed acknowledgment letter.  I also provided the DOJ with my client's release and certification of identity to address any possible privacy issues.

Thank you very much for your attention to this matter.

Rachelle Barbour

Rachelle Barbour

Assistant Federal Defender

Federal Defender's Office

801 I Street, 3rd Floor

Sacramento, CA  95814

916-498-5700

Fax: 916-498-5710

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.



**FW: follow up on FOIA CRM-300796232DOJ // AP 2019-007060**
1 message

**From:** "CRM FOIA (CRM)" <CRM.FOIA@usdoj.gov>
**Date:** Friday, March 27, 2020 at 4:55 AM
**To:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Subject:** RE: follow up on FOIA CRM-300796232DOJ // AP 2019-007060

Ms. Barbour,

Thank you for your response. We will move forward with the process of gathering the classified material.

Review of the remaining material continues and we anticipate issuing our first interim response in the next 30 days.

Thanks,

Exhibit 19

Amanda

---

**From:** Rachelle Barbour [mailto:Rachelle_Barbour@fd.org]
**Sent:** Thursday, March 26, 2020 2:47 PM
**To:** CRM FOIA (CRM) <CRM.FOIA@CRM.USDOJ.GOV>
**Subject:** Re: follow up on FOIA CRM-300796232DOJ // AP 2019-007060


Thanks for your email.  I hope you're doing well.

I appreciate you checking in.  Court filings and attachments need not be provided, nor do printouts of published opinions, since they are all publicly available.

I am definitely interested in the search of classified emails and classified servers.  We have cleared counsel on this case, so if responsive material is in classified form, we have a SCIF and a cleared attorney who can receive and review it.

Do you have an idea of when responsive documents will begin to be produced?

Rachelle

---

**From:** "CRM FOIA (CRM)" <CRM.FOIA@usdoj.gov>
**Date:** Thursday, March 26, 2020 at 11:43 AM
**To:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Subject:** RE: follow up on FOIA CRM-300796232DOJ // AP 2019-007060


Ms. Barbour,


In reviewing records collected in response to your request, we have identified two categories of records that we wonder if you would be interested in excluding to speed our review. First, we have collected court filings and their attachments. We have also collected a number of WestLaw or Lexis print outs of published opinions. Both categories of records are already publicly available.


Finally, we have been informed that there are likely responsive materials in classified emails and classified servers. We have yet to initiate that search, as it requires more layers of review. Before we begin that process, please confirm that you are interested in that material.


Thank you,

Amanda


Amanda Marchand Jones

Chief, FOIA/PA Unit

Criminal Division

U.S. Department of Justice

202-616-0307 (main)

202-514-6117 (fax)

2

**From:** Rachelle Barbour [mailto:Rachelle_Barbour@fd.org]
**Sent:** Tuesday, February 18, 2020 1:15 PM
**To:** CRM FOIA (CRM) <CRM.FOIA@CRM.USDOJ.GOV>
**Subject:** follow up on FOIA CRM-300796232DOJ // AP 2019-007060


Good morning –

I am writing to follow up on the status of this FOIA request.  I communicated with your office approximately a month ago regarding the responsive documents.  I have been granted expedited review of my FOIA, but have yet to receive any documents.  Please let me know the status.

Thank you,

Rachelle Barbour


Rachelle Barbour

Assistant Federal Defender

Federal Defender's Office

801 I Street, 3rd Floor

Sacramento, CA  95814

916-498-5700

Fax: 916-498-5710


This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.



**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                     *Washington, D.C. 20530*

**VIA Electronic Mail**                                May 28, 2020

Ms. Rachelle Barbour
Assistant Federal Defender
Federal Defender's Office
801 I Street, 3rd Floor                   Request No. CRM-300796232
Sacramento, CA 95814                      Subject:  Extradition of Omar Abdulsattar
Rachelle_Barbour@fd.org                            Ameen

Dear Ms. Barbour:

This letter serves as interim response of the Criminal Division's regarding your Freedom of Information Act request dated August 26, 2019, for records pertaining to the extradition of Omar Abdulsattar Ameen.

After carefully reviewing records responsive to your request, we have identified thirty-seven pages of responsive records which originated with the Department of State and eighty-one pages which originated with the Federal Bureau of Investigation. In accordance with 28 C.F.R. § 16.4(d) (2019), this Office has referred that material to the Department of State, and the Federal Bureau of Investigation for processing and direct response to you. If you have any questions regarding these referrals, you may contact those agencies at the following:

Eric F. Stein, Director                      David M. Hardy, Chief
Office of Information Programs and Services   Record/Information Dissemination Section
Department of State                          Federal Bureau of Investigation
Building SA-2                                Department of Justice
515 22nd Street, NW                          170 Marcel Drive
Washington, DC  20522-8100                   Winchester, VA 22602-4843
Tel: (202) 261-8484                          Tel: (540) 868-4500
FOIArequest@state.gov

You may contact our FOIA Public Liaison at the (202) 616-0307 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Exhibit 20

2

Although I am aware that your request is the subject of ongoing litigation and that appeals are not ordinarily acted on in such situations, I am required by statute and regulation to inform you of your right to an administrative appeal of this determination. If you are not satisfied with the Criminal Division's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account on the following website: https://foiastar.doj.gov.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Amanda Marchand Jones
Chief
FOIA/PA Unit