Gmail

**FW: FOIA/PA Response CRM-300796232**
1 message

**From:** "CRM FOIA (CRM)" <CRM.FOIA@usdoj.gov>
**Date:** Friday, May 29, 2020 at 12:22 PM
**To:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Subject:** RE: FOIA/PA Response CRM-300796232

Ms. Barbour,

I apologize, the language in the letter indicating your request is the subject of ongoing litigation was an error.

You will need to contact the Department of State and the FBI regarding the status of the records we referred to those entities. Unfortunately, we do not have information as to their caseload or their timeframe for processing records.

Exhibit 21

Sincerely,


Amanda Marchand Jones

Chief, Freedom of Information/Privacy Act Unit

Criminal Division

U.S. Departmetn of Justice


(202) 616-0307 (main)

(202) 514-6117 (fax)

---

**From:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Sent:** Friday, May 29, 2020 2:15 PM
**To:** CRM FOIA (CRM) <CRM.FOIA@CRM.USDOJ.GOV>
**Subject:** Re: FOIA/PA Response CRM-300796232


Ms. Marchand Jones:

Thank you.  I appreciate the response.  I am unsure why the letter says that this request is the "subject of ongoing litigation." Could you let me know why you believe that it is?  As far as I know, there is no litigation regarding this FOIA request.

Is there a timeline for release of the records from State and the FBI?

Rachelle


Rachelle Barbour

Assistant Federal Defender

Office of the Federal Defender

Sacramento, CA 95816

916-498-5706 x 299

---

**From:** "CRM FOIA (CRM)" <CRM.FOIA@usdoj.gov>
**Date:** Thursday, May 28, 2020 at 12:37 PM
**To:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Subject:** FOIA/PA Response CRM-300796232


Good Afternoon:

        Please see the attached, which is this Office's response to your request.  If you have any questions, please contact the FOIA/PA Unit at 202-616-0307 for further assistance.

Thank you,


FOIA/PA Unit

Criminal Division

U.S. Department of Justice



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

July 2, 2020

MS. RACHELLE BARBOUR
OFFICE OF THE FEDERAL DEFENDER EASTERN DISTRICT OF CALIFORNIA
3RD FLOOR
801 I STREET
SACRAMENTO, CA 95814-2510

FOIPA Request No. 1464943-000
DOJ-CRM Tracking No.: CRM-300796232
Subject: Extradition of Omar Ameen

Dear Ms. Barbour:

In response to your Freedom of Information/Privacy Acts (FOIPA) request to the Department of Justice, Criminal Division (DOJ-CRM), records were located which originated with the FBI.  This material was referred to the FBI for direct response to you.

The material you requested is located in an investigative file, which is exempt from disclosure pursuant to Title 5, United States Code, §§ 552/552a, subsection (b)(7)(A), (j)(2).  For an explanation of this exemption see enclosed form.  Please note if this file is reviewed under the FOIPA in the future, additional exemptions may be applied at that time.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the Freedom of Information Act (FOIA).  *See* 5 U.S.C. § 552(c) (2006 & Supp. IV (2010).  This response is limited to those records subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request.  Please use this number in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS).   The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Exhibit 22

Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Sincerely,

Michael G. Seidel
Acting Section Chief
Record/Information
Dissemination Section
Information Management Division

Enclosure



**FW: Following up on CRM-300796232 (FOIA documents provided to State Department for processing by DOJ)**

**From:** FOIA Status <FOIAStatus@state.gov>
**Date:** Wednesday, March 31, 2021 at 2:53 PM
**To:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Subject:** RE: Following up on CRM-300796232 (FOIA documents provided to State Department for processing by DOJ)

Ms. Barbour,

This is in response to your email below.

The Department of State's Office of Information Programs and Services is not in the possession of the referral (37pages) from DOJ's Criminal Division regarding the subject request. As we previously advised, we have reached out to DOJ to inquire about this referral. You may also wish to contact DOJ as well regarding this matter.

Exhibit 23

Regards,

U.S. Department of State
FOIA Requester Service Center

---

**From:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Sent:** Tuesday, March 30, 2021 5:41 PM
**To:** FOIA Status <FOIAStatus@state.gov>
**Subject:** Re: Following up on CRM-300796232 (FOIA documents provided to State Department for processing by DOJ)

Thank you for your response from last Friday. I am attaching another copy of the letter from DOJ CRM FOIA which notified me last year that DOJ found responsive documents that it provided to the State Department for processing. (The State Department's prior email about those documents from June 2020 is also below.)

I would appreciate your attention to this matter, to ensure that those documents are processed and released as soon as possible.

Thank you,

Rachelle

Rachelle Barbour

Assistant Federal Defender

Office of the Federal Defender

Eastern District of California

801 I St., 3rd Floor

Sacramento, CA 95814

916-498-5700

Rachelle_Barbour@fd.org

***CONFIDENTIALITY NOTICE: This message contains information that may be confidential and privileged. Unless you are the addressee, you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this message in error, please advise the sender by reply e-mail, and delete the message.***

---

**From:** FOIA Status <FOIAStatus@state.gov>
**Date:** Friday, March 26, 2021 at 1:52 PM
**To:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Subject:** RE: Following up on CRM-300796232 (FOIA documents provided to State Department for processing by DOJ)

Ms. Barbour,

This is in response to your email below.

The Office of Information Programs and Services has checked its records and could not locate a referral (37 pages) from DOJ's Criminal Division regarding the subject request.

Please be advised that we have reached out to DOJ to inquire about this referral.

Regards,

U.S. Department of State
FOIA Requester Service Center

---

**From:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Sent:** Tuesday, March 23, 2021 6:20 PM
**To:** FOIA Status <FOIAStatus@state.gov>
**Subject:** Re: Following up on CRM-300796232 (FOIA documents provided to State Department for processing by DOJ)

Hello –

I am writing again to follow up on this request. The DOJ FOIA Office sent the State Department 37 pages approximately 10 months ago for review and processing. Please let me know if the State Department will release them.

Thanks,

Rachelle Barbour (for Omar Ameen)

Rachelle Barbour

Assistant Federal Defender

Office of the Federal Defender

Eastern District of California

801 I St., 3rd Floor

Sacramento, CA 95814

916-498-5700

Rachelle_Barbour@fd.org

**From:** FOIA Status <FOIAStatus@state.gov>
**Date:** Wednesday, June 3, 2020 at 12:16 PM
**To:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Subject:** RE: Following up on CRM-300796232 (FOIA documents provided to State Department for processing by DOJ)

Ms. Barbour,

This is in response to your email below regarding documents that were located by the Department of Justice (DOJ) in response to your FOIA request with that agency and referred to the Department of State for direct reply to you.

Please note that due to the COVID-19 pandemic and pursuant to guidance received from the Office of Management and Budget, the Office of Information Programs and Services has implemented maximum telework flexibilities to protect its employees and their communities.

During this time, personnel will not have access to mail and facsimile and there will be a delay in responses to such correspondence as well as the processing of requests and appeals. We will follow-up with you as soon as possible to confirm receipt of DOJ's referral of documents related to your FOIA request with that agency.

If you have any concerns or questions regarding any FOIA-related matter, please contact the FOIA Requester Service Center (FRSC) at 202-261-8484 or send an e-mail to foiastatus@state.gov.

Regards,

U.S. Department of State
FOIA Requester Service Center

---

**From:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Sent:** Friday, May 29, 2020 3:31 PM
**To:** FOIArequest <FOIArequest@state.gov>
**Subject:** Following up on CRM-300796232 (FOIA documents provided to State Department for processing by DOJ)

Dear Mr. Stein:

I am writing to follow up on the attached letter, from the FOIA office of the DOJ's Criminal Division, indicating that they have found responsive documents (37 pages) to my FOIA request, which they have referred to the Department of State for processing and transmittal to me. I am asking for the materials as soon as possible. The DOJ granted expedited processing on this request. The documents have been identified by DOJ. I would appreciate your prompt attention to this matter.

Rachelle

Rachelle Barbour

Assistant Federal Defender

Office of the Federal Defender

Sacramento, CA 95816

916-498-5706 x 299



**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                    *Washington, D.C. 20530*

**VIA Electronic Mail**                    April 20, 2021

Ms. Rachelle Barbour
Assistant Federal Defender
Federal Defender's Office                    Request No. CRM-300836232/300797232
801 I Street 3rd Floor                    Subject: Criminal Division Documents-
Sacramento, CA 95814                         Republic of Turkey (Omar Ameen)
Rachelle_Barbour@fd.org                    /Third Party Records

Dear Ms. Barbour:

This responds to your status inquiry dated March 24, 2021 concerning your pending Freedom of Information Act requests received on August 26, 2019 and January 27, 2020 for records concerning the above-mentioned subject.

Your requests CRM-300836232 and CRM-300797232 have been granted expedited processing.

Please be advised that your request CRM- 300836232 is being processed on the complex track. On average, it takes the FOIA/PA Unit 301 days to process a complex request. At this time, your request has been pending for 403 business days. A search for responsive records is pending.

Please be advised that your request CRM- 300797232 is being processed on the complex track. On average, it takes the FOIA/PA Unit 301 days to process a complex request. At this time, your request has been pending for 303 business days. A search for responsive records is pending.

Your continued patience is appreciated and we apologize for the delays in the processing of your request. Please feel free to follow up with the FOIA/PA Unit in sixty days if you would like another status update on your request.

Sincerely,

FOIA/PA Unit
Criminal Division
U.S. Department of Justice

Exhibit 24



---

### FOIA CRM-300796232

1 message

---

**Rachelle Barbour** <Rachelle_Barbour@fd.org>                    Thu, May 6, 2021 at 10:53 AM
To: "CRM FOIA (CRM)" <CRM.FOIA@usdoj.gov>

Good morning:

Pursuant to 5 U.S.C. § 552(a)(7)(B)(ii), I request an estimated date of completion for DOJ FOIA CRM 300796232.

Thank you for your prompt attention to this request,

Rachelle


Rachelle Barbour

Assistant Federal Defender

Office of the Federal Defender

Eastern District of California

801 I St., 3rd Floor

Sacramento, CA 95814

916-498-5700

Rachelle_Barbour@fd.org


***CONFIDENTIALITY NOTICE: This message contains information that may be confidential and privileged. Unless you are the addressee, you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this message in error, please advise the sender by reply e-mail, and delete the message.***

Exhibit 25



## Re: FOIA/PA Status Update CRM-300836232 and CRM -300796232

**Rachelle Barbour** <Rachelle_Barbour@fd.org>                      Fri, May 14, 2021 at 2:02 PM
To: "CRM FOIA (CRM)" <CRM.FOIA@usdoj.gov>

Pursuant to 5 U.S.C. § 552(a)(7)(B)(ii) please provide me with estimated dates of completion for these two FOIA requests to DOJ CRM.

Thank you,

Rachelle

Rachelle Barbour

Assistant Federal Defender

Office of the Federal Defender

Eastern District of California

801 I St., 3rd Floor

Sacramento, CA 95814

916-498-5700

Rachelle_Barbour@fd.org

***CONFIDENTIALITY NOTICE: This message contains information that may be confidential and privileged. Unless you are the addressee, you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this message in error, please advise the sender by reply e-mail, and delete the message.***

1



**OFFICE OF THE FEDERAL DEFENDER**
Eastern District of California
801 I Street, 3rd Floor
Sacramento, California  95814-2510
(916) 498.5700    FAX (916) 498.5710

HEATHER E. WILLIAMS
Federal Defender

BENJAMIN D. GALLOWAY
Chief Assistant Defender

September 23, 2019

U.S. Department of State
Office of Information Programs and Services
A/GIS/IPS/RL
SA-2, Suite 8100
Washington, CD 20522-0208

**Submitted electronically and by fax to 202-261-8579**

Re:  FOIA

To Whom it May Concern:

  Under the Freedom of Information Act, 5 U.S.C. subsection 552, I am requesting access to the following documents:

    Documents held by the <u>Department of State</u> regarding the extradition of Omar Abdulsattar Ameen, from the Republic of Iraq.  Specifically, I request all communications between any staff of the Department of State and any component of the Republic of Iraq regarding Mr. Ameen's charge or charges in the Republic of Iraq, the Republic of Iraq's request for extradition, the response of the Department of State to that request, potential charges against Mr. Ameen in the United States, Mr. Ameen's refugee status or other immigration status, and the actions taken by the Department of State in support of extradition.  I also request records and logs of all such communications.

    Mr. Ameen was born in Rawah, Iraq, on December 20, 1973.  I am attaching his privacy waiver.

**Definitions**

Communications: The term "communications" includes, but is not limited to: diplomatic cables, letters, e-mails; text communications between phones or other electronic devices (including but not limited to, communications sent via SMS or other text, Blackberry Messenger, iMessage, WhatsApp, Signal, Gchat, or Twitter direct message); images, video, and audio recorded on cell phones; voicemail messages; social-media posts; formal and informal presentations; alerts; bulletins; advisories; and minutes or notes of meetings and phone calls.

Exhibit 26

"Component of the Republic of Iraq" includes any member of any Iraqi security force, military branch, governmental agency, People's Mobilization Force, police agency, diplomatic agency, elected or appointed member of government, court or tribunal, or any other branch of the Iraqi Government.

Records: The term "records" includes, but is not limited to: legal memoranda, procedures, policies, directives, practices, reports, audits, guidance, or guidelines that were prepared, received, transmitted, collected, and/or maintained by Subject Agency

### Relevant Time Frame

This request seeks documents, records, and communications that have been created or occurred since November 11, 2015.

Specifically, the Republic of Iraq's extradition request for Mr. Ameen was submitted to the Department of State, Office of the Legal Advisor on July 6, 2018.  It is believed that the Department of State through its employees had contact with the Republic of Iraq regarding Mr. Ameen from approximately 2016 through the current date.  This request is continuing.

### Privacy Waiver Signed by Mr. Ameen

I represent Mr. Ameen in his current extradition case, and am enclosing an executed and notarized waiver of privacy rights in any of these documents.  This waives Mr. Ameen's rights to privacy under Exemption 6 and other Exemptions protecting his personal privacy.

As FOIA requires, please release all reasonably segregable nonexempt portions of documents.  If this request is denied in whole or in part, we ask that you justify all withholdings by reference to specific exemptions to the FOIA. We expect the release of all segregable portions of otherwise exempt material. If the fee waivers are denied, the requesters are prepared to pay fees up to $25, and request to be informed of further fees that may be charged, but reserve the right to appeal a denial of fee waivers

In order to help you determine my status for the purpose of assessing fees, I note that I am an attorney with the Federal Defender's Office for the Eastern District of California.  The Office of the Federal Defender is authorized under Title 18, U.S.C. section 3006A, the Criminal Justice Act, to provide legal representation to persons financially unable to retain counsel in federal criminal and related proceedings.   I request a waiver of all fees for this request. Disclosure of the requesting information to me is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not is in any commercial interest.

I am willing to pay fees for this request up to a maximum of $100.  If you estimate that the fees will exceed this limit, please inform me first.

I request that the information be provided in electronic format.

I ask that my request receive expedited processing because Mr. Ameen currently faces extradition to the Republic of Iraq.  We anticipate a hearing in this matter in the United States District Court for the Eastern District of California within months.  Information about the communications between the Department of State and the Republic of Iraq regarding this extradition case, including communications prior to the filing of Iraqi charges, between the filing of such charges and Mr. Ameen's arrest in August 2018, and since that arrest during the pendency of the extradition case, will help the public and the District Court understand the procedures and methods by which the United States Government communicated with the Republic of Iraq regarding this extradition.

Both Mr. Ameen and the public have an interest in expedited processing of this request.  Mr. Ameen is currently in custody facing an extradition hearing in the next few months.  He has a due process right to present relevant information to the Court.  He faces the death penalty if he is returned to Iraq.  There has been significant, ongoing public interest in this case, as shown by multiple international articles and news stories, including in the Sacramento Bee, on ABC10, and in the New York Times.  Likewise, a television news channel, KXTV has filed a FOIA civil suit documenting its interest in providing the public with information about Mr. Ameen's case.  (U.S. District Court, E.D. Cal., Case No. 2:19-CV-415-JAM.)  Moreover, Mr. Ameen faces "grave punishment" in this proceeding, and the information produced is expected to help in his defense.  Aguilera v. FBI, 941 F.Supp.  144, 150 (D.D.C. 1996).

I look forward to receiving the documents.  If you have any questions about this request, please email me at Rachelle_Barbour@fd.org or call me at 916-498-5700.

Sincerely,

/s/ R. Barbour

Rachelle Barbour
Assistant Federal Defender

Enc. (privacy waiver)



**OFFICE OF THE FEDERAL DEFENDER**
Eastern District of California
801 I Street, 3ʳᵈ Floor
Sacramento, California  95814-2510
(916) 498.5700    FAX (916) 498.5710

HEATHER E. WILLIAMS
*Federal Defender*

BENJAMIN D. GALLOWAY
*Chief Assistant Defender*

February 21, 2019

      By my signature below, I (Omar Ameen, DOB 12/20/73) authorize the Office of the Federal Defender, through my attorneys, Rachelle Barbour and Ben Galloway, and Paralegal Julie Denny, to request and receive any records concerning me held by the Department of State.

      I request that these records be provided to my defense team for the purpose of representing me in a proceeding pending in the United States District Court for the Eastern District of California.  I request that the Department of State provide my counsel all records that it holds concerning me, my application for admission as a refugee, the procedures followed during that application, any biometric or fingerprint data, the results of any background checks or investigations, and all identifying information, including photographs taken of me by other entities, without exception.  I request that these documents be provided to my defense team even if they were originally created by an entity other than the Department of State.  I have previously signed a notarized release for my attorneys and reaffirm that release here.

      I relinquish any claim arising out of production of these records.

      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Date: 2/21/19

X _____
Omar Ameen

Signed in my presence.
Date: 2/21/19

_____
Rachelle Barbour
Assistant Federal Defender

## Rachelle Barbour

| | |
|---|---|
| **From:** | State Department FOIA <noreply@mail.foia.state.gov> |
| **Sent:** | Monday, September 23, 2019 3:28 PM |
| **To:** | Rachelle Barbour |
| **Subject:** | FOIA Request Letter |

Thank you for filing your FOIA request online on 9/23/2019. Here is a review of your request.

The records I request can be described as follows:

Under the Freedom of Information Act, 5 U.S.C. subsection 552, I am requesting access to the following documents: Documents held by the Department of State regarding the extradition of Omar Abdulsattar Ameen, from the Republic of Iraq. Specifically, I request all communications between any staff of the Department of State and any component of the Republic of Iraq regarding Mr. Ameen's charge or charges in the Republic of Iraq, the Republic of Iraq's request for extradition, the response of the Department of State to that request, potential charges against Mr. Ameen in the United States, Mr. Ameen's refugee status or other immigration status, and the actions taken by the Department of State in support of extradition. I also request records and logs of all such communications. Mr. Ameen was born in Rawah, Iraq, on December 20, 1973. I am attaching his privacy waiver. Definitions Communications: The term "communications" includes, but is not limited to: diplomatic cables, letters, e-mails; text communications between phones or other electronic devices (including but not limited to, communications sent via SMS or other text, Blackberry Messenger, iMessage, WhatsApp, Signal, Gchat, or Twitter direct message); images, video, and audio recorded on cell phones; voicemail messages; social-media posts; formal and informal presentations; alerts; bulletins; advisories; and minutes or notes of meetings and phone calls. "Component of the Republic of Iraq" includes any member of any Iraqi security force, military branch, governmental agency, People's Mobilization Force, police agency, diplomatic agency, elected or appointed member of government, court or tribunal, or any other branch of the Iraqi Government. Records: The term "records" includes, but is not limited to: legal memoranda, procedures, policies, directives, practices, reports, audits, guidance, or guidelines that were prepared, received, transmitted, collected, and/or maintained by Subject Agency

The time period of my request is from 11/11/2015 to 09/23/2019

I am an individual seeking information for personal use and not for commercial use.

I am willing to pay $100 for my request.

I request a waiver of all fees for this request.
Reason: In order to help you determine my status for the purpose of assessing fees, I note that I am an attorney with the Federal Defender's Office for the Eastern District of California. The Office of the Federal Defender is authorized under Title 18, U.S.C. section 3006A, the Criminal Justice Act, to provide legal representation to persons financially unable to retain counsel in federal criminal and related proceedings. I request a waiver of all fees for this request. Disclosure of the requesting information to me is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not in any commercial interest.

I have a compelling need for expeditious handling:
- An imminent threat to the life or physical safety of an individual exists.
- An impairment of substantial due process rights of the requester exists.

- A harm to substantial humanitarian concerns exists.
- I ask that my request receive expedited processing because Mr. Ameen currently faces extradition to the Republic of Iraq. We anticipate a hearing in this matter in the United States District Court for the Eastern District of California within months. Information about the communications between the Department of State and the Republic of Iraq regarding this extradition case, including communications prior to the filing of Iraqi charges, between the filing of such charges and Mr. Ameen's arrest in August 2018, and since that arrest during the pendency of the extradition case, will help the public and the District Court understand the procedures and methods by which the United States Government communicated with the Republic of Iraq regarding this extradition. Both Mr. Ameen and the public have an interest in expedited processing of this request. Mr. Ameen is currently in custody facing an extradition hearing in the next few months. He has a due process right to present relevant information to the Court. He faces the death penalty if he is returned to Iraq. There has been significant, ongoing public interest in this case, as shown by multiple international articles and news stories, including in the Sacramento Bee, on ABC10, and in the New York Times. Likewise, a television news channel, KXTV has filed a FOIA civil suit documenting its interest in providing the public with information about Mr. Ameen's case. (U.S. District Court, E.D. Cal., Case No. 2:19-CV-415-JAM.) Moreover, Mr. Ameen faces "grave punishment" in this proceeding, and the information produced is expected to help in his defense. Aguilera v. FBI, 941 F.Supp. 144, 150 (D.D.C. 1996).

My additional comments are as follows:

I will fax this request with Mr. Ameen's privacy waiver.

Contact Information
Ms. Rachelle Barbour
801 I St., 3rd Floor
Sacramento, California 95816
P: 916-498-5700
F: N/A
Rachelle_Barbour@fd.org



U.S. Department of State

CERTIFICATION OF IDENTITY

| 1. Full Name of Requester [1] (*Last, First, MI*) | 2. Date of Birth (*mm-dd-yyyy*) |
|---|---|
| Ameen, Omar Abdulsattar | 12/20/1973 |
| 3. Full Name of Subject of Records | 4. Citizenship Status [2] |
| Ameen, Omar Abdulsattar | refugee |
| 5. Current Address | 6. Place of Birth |
| Sacramento County Jail  651 I St. Sac, CA 95814 | Rawah, Iraq. |

Third Party Authorization

Complete this section if you are authorizing release of your records to another person.

I, Omar Ameen _____, pursuant to 5 U.S.C. Section 552a(b),

authorize the U.S. Department of State to release any and all information relating to me to

Name of Third Party  Rachelle Barbour/ office of the Federal Defender

Address of Third Party  801 I St., 3rd floor, Sacramento, CA 95816

Rachelle – Barbour@fd.org

Type of Third Party (check one):  [ ] Parent  [ ] Custodial Guardian  [X] Legal Representation  [ ] Other _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _____   Date (*mm-dd-yyyy*) Oct. 3, 2019

PRIVACY ACT STATEMENT

**AUTHORITIES:** The information is sought pursuant to 22 CFR Section 171; 5 U.S.C. Section 552a (the Privacy Act of 1974); 5 U.S.C 552 (Freedom of Information Act).

**PURPOSE:** The information solicited on this form will be used to identify the individuals submitting requests by mail under the FOIA and Privacy Act of 1974, 5 U.S.C. Section 552a.  This solicitation is to ensure that the records of individuals who are the subject of U.S. Department of State records are not wrongfully disclosed by the Department.  The information furnished may also be used to provide third party authorization.

**ROUTINE USES:** The information on this form will only be used to certify identification and will not be shared with other offices or agencies.  More information on the Routine Uses for the system can be found in the System of Records Notice State-35, Information Access Program Records.

**DISCLOSURE:** Providing this information is voluntary.  Failure to provide the information requested on this form may result in less information being disclosed in a FOIA or Privacy Act request.  False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S. C. Section 552a(i)(3).

[1] Name of individual who is the subject of the record(s) sought.

[2] Individuals submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2).  Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Name of individual who is the subject of the record(s) sought.

DS-4240
05-2013



**United States Department of State**

*Washington, D.C. 20520*

November 13, 2019
F-2019-09725

Rachelle Barbour
801 I Street, 3rd Floor
Sacramento, CA 95816

Dear Ms. Barbour:

This letter is to acknowledge receipt of your September 23, 2019, request submitted pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to the Department of State, in which you requested documents regarding the extradition of Omar Abdulsattar Ameen, from the Republic of Iraq from November 11, 2015, to September 23, 2019.  You additionally requested a fee waiver and expedited processing.

The Office of Information and Program Services (IPS) received your FOIA request on September 24, 2019, and assigned it the tracking number at the top of this letter. Please include the tracking number in all future communications concerning this FOIA request. We have classified you as an other-use requester.

You requested expedited processing of your FOIA request.  The Department's FOIA regulations (22CFR § 171.11 (f)) state that request shall receive expedited processing when a requester demonstrates a "compelling need" for the information because:

(1)     Failure to obtain requested information on an expedited basis could reasonably be expected to pose an imminent threat to the life or physical safety of an individual.

(2)     The information is urgently needed by an individual primarily engaged in disseminating information in order to inform the public concerning actual or alleged Federal government activity.  Requesters must demonstrate that their primary activity involves publishing or otherwise disseminating information to the public in general, not just to a particular segment or group.

(3)     Failure to release the information would impair substantial due process rights or harm substantial humanitarian interests.

Based on the information you provided, your request does not demonstrate a compelling need under any of these standards.  Therefore, your request for expedited processing has been denied.

You have requested that the Department waive the fees for processing your request.  Our FOIA regulations state that the Department may waive fees if it determines, in its discretion, that "disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester."  Our FOIA regulations also provide four specific criteria that are used to determine whether this standard is met.  *See* 22 CFR 171.16.  Your request does not meet this standard; therefore, your request for a fee waiver has been denied.

Exhibit 27

If you are not satisfied with DOS's determination in response to your expedited processing and fee waiver request, you may administratively appeal by writing to:  Appeals Officer, Appeals Review Panel, Office of Information Programs and Services (IPS), U.S. Department of State, 2201 C Street N.W., Suite B266, Washington, D.C. 20520-0000, or faxed to (202) 485-1669.  Appeals must be postmarked within 90 calendar days of the date of this initial agency decision letter.  Please include a copy of this letter with your written appeal and clearly state why you disagree with the determinations set forth in this response.

The records you seek require the need to search in offices that are separate from the office processing your request.  Accordingly, your request falls within "unusual circumstances" as defined in the FOIA.  See 5 U.S.C. § 552(a)(6)(B)(i)-(iii).  Because of these unusual circumstances, we need to extend the time limit to respond to your request beyond the ten additional days provided by the statute.

The time needed to complete our work on your request will necessarily depend on a variety of factors including the number of locations that must be searched, the complexity of the search, the volume and complexity of any material located, and consultations with other U.S. Government agencies whose information is included in the material located.  The time needed will also depend on the number of other requests ahead of it in the relevant processing track.

This Office assigns incoming requests to one of three tracks:  simple, complex, or expedited.  Each request is then handled on a first-in, first-out basis in relation to other requests in the same track.  Your request has been assigned to the complex track and will be handled as quickly as possible.

I regret the necessity of this delay, but I assure you that your request will be processed as soon as possible.  If you wish to discuss the narrowing of your request or an alternative time frame for the processing of your request, or if you have any questions regarding the status of your request, you may contact our FOIA Requester Service Center or our FOIA Public Liaison via email at FOIAstatus@state.gov or telephone at (202) 261-8484.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration (NARA) to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email address: ogis@nara.gov; telephone: (202) 741-5770; toll free number: 1-877-684-6448; facsimile: (202) 741-5769.

Sincerely,

NICHOLAS J CORMIER

Digitally signed by
NICHOLAS J CORMIER
Date: 2019.11.13 07:22:52
-05'00'

Nicholas J. Cormier
Chief, Requester Communications Branch
Office of Information Programs and Services



**OFFICE OF THE FEDERAL DEFENDER**
**Eastern District of California**
**801 I Street, 3rd Floor**
**Sacramento, California  95814-2510**
**(916) 498.5700   FAX (916) 498.5710**

HEATHER E. WILLIAMS
Federal Defender

BENJAMIN D. GALLOWAY
Chief Assistant Defender

November 13, 2019

Appeals Officer
Appeals Review Panel
Office of Information Programs and Services (IPS)
U.S. Department of State
2201 C Street NW, Suite B266
Washington, CD 20520-0000

**Submitted by fax to 202-485-1669**

Re:  FOIA Request F-2019-09725 (submitted September 23, 2019)

To Whom it May Concern:

I am writing to appeal the determination on November 13, 2019, to deny expedited
processing to my FOIA request, F-2019-09725.  I filed that request on behalf of my client, Omar
Ameen, who is facing extradition to the Republic of Iraq on a case in which he is factually
innocent.  Mr. Ameen is charged in Iraq with a murder that occurred on June 22, 2014, when he
was actually in Turkey.  During that period of time, the U.S. Government was processing Mr.
Ameen's refugee application, which was granted on June 5, 2014.

I appeal the denial of expedited processing for the following reasons:

1. Mr. Ameen faces an extradition hearing on December 4, 2019, in the District Court
   for the Eastern District of California (Sacramento).  He has a due process right to
   present all explanatory information regarding this extradition case to the magistrate
   judge holding the hearing.  Information about the communications between the
   Department of State and the Republic of Iraq regarding this extradition case,
   including communications prior to the filing of Iraqi charges, between the filing of
   such charges and Mr. Ameen's arrest in August 2018, and since that arrest during the
   pendency of the extradition case, will help the public and the District Court
   understand the procedures and methods by which the United States Government
   communicated with the Republic of Iraq regarding this extradition.  The degree of
   involvement of the U.S. Government in pursuing this extradition may impact the
   amount of discovery ordered by the Court.  It may also impact the Court's evidentiary
   holdings at the extradition hearing.

Exhibit 28

2. If Mr. Ameen is certified for extradition, he will face the death penalty in Iraq, and will almost certainly be executed after a perfunctory trial. An Iraqi witness against Mr. Ameen, the leader of a local militia, has already indicated his desire to ensure that Mr. Ameen is executed upon his return. Accordingly, failure to provide this information on an expedited bases could reasonably be expected to pose an imminent threat to his life or physical safety. Mr. Ameen faces "grave punishment" in this proceeding, and the information produced is expected to help in his defense. <u>Aguilera v. FBI</u>, 941 F.Supp. 144, 150 (D.D.C. 1996).

3. There has been significant, ongoing public interest in this case, as shown by multiple international articles and news stories, including in the Sacramento Bee, on ABC10, and in the New York Times. Likewise, a television news channel, KXTV has filed a FOIA civil suit documenting its interest in providing the public with information about Mr. Ameen's case. (U.S. District Court, E.D. Cal., Case No. 2:19-CV-415-JAM.) Information obtained pursuant to this request will be shared with the news media in order to inform the public concerning the Federal government activity in this case.

Thank you for considering this appeal on an expedited basis. If you have any questions about this request, please email me at Rachelle_Barbour@fd.org or call me at 916-498-5700.

Sincerely,

Rachelle Barbour
Assistant Federal Defender

Enc.
1. Nov. 13, 2019, FOIA Acknowledgment letter
2. September 23, 2019, FOIA E-mail from State Dept.
3. September 23, 2019, FOIA Request
4. Certification of Identity by Mr. Ameen



United States Department of State

*Washington, D.C. 20520*

November 15, 2019

Case Number: F-2019-09725

Rachelle Barbour, Esq.
Officer of the Federal Defender
Eastern District of California
801 I Street, 3rd Floor
Sacramento, CA 95814-2510

Dear Ms. Barbour:

This is in response to your Freedom of Information Act (FOIA) request, dated
September 23, 2019, for records pertaining to the extradition of Omar Abdulsattar
Ameen, from the Republic of Iraq. Specifically, this letter addresses your appeal dated
November 13, 2019, of the Department of State's denial of expedited processing.

We have considered your appeal of the denial of expedited processing and have
determined that your request does warrant expedited processing and have placed it in our
"expedited" queue. For further communications with this office, please contact
FOIAStatus@state.gov and include the above case number.

Sincerely,

Susan C. Weetman

Susan C. Weetman
Deputy Director
Office of Information Programs
and Services

Exhibit 29

 Gmail

## FOIA - F-2019-09725 - requesting EDC

**From:** FOIA Status <FOIAStatus@state.gov>
**Sent:** Friday, May 7, 2021 8:59:16 AM
**To:** 'Rachelle Barbour' <Rachelle_Barbour@fd.org>
**Subject:** RE: FOIA - F-2019-09725 - requesting EDC

Ms.Barbour,

The Office of Information Programs and Services is in receipt of your inquiry below.  We will follow-up with you as soon as possible to provide a response.

Thank you in advance for your patience.

Regards,

U.S. Department of State

FOIA Requester Service Center

**From:** Rachelle Barbour <Rachelle_Barbour@fd.org>
**Sent:** Thursday, May 6, 2021 12:03 PM
**To:** FOIA Status <FOIAStatus@state.gov>
**Subject:** FOIA - F-2019-09725 - requesting EDC

Good morning,

Pursuant to 5 U.S.C. § 552(a)(7)(B)(ii), I request an estimated date of completion for F-2019-09725.

I welcome your anticipated attention to this matter,

Exhibit 30

Rachelle



Rachelle Barbour

Assistant Federal Defender

Office of the Federal Defender

Eastern District of California

801 I St., 3rd Floor

Sacramento, CA 95814

916-498-5700

Rachelle_Barbour@fd.org


***CONFIDENTIALITY NOTICE: This message contains information that may be confidential and privileged. Unless you are the addressee, you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this message in error, please advise the sender by reply e-mail, and delete the message.***